# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Forrester Construction Company | )     ASBCA No. 61513 |
| | ) |
| Under Contract No. W91236-13-C-0063 | ) |

APPEARANCES FOR THE APPELLANT:       John C. Person, Esq.
       Person & Craver LLP
       Washington, DC

       Robert J. Symon, Esq.
       Bradley Arant Boult Cummings LLP
       Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
       Engineer Chief Trial Attorney
       Richard P. White, Esq.
       Raymond O. Schlee, Esq.
       Mark R. Higgins, Esq.
       Engineer Trial Attorneys
       U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 15, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61513, Appeal of Forrester Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals